## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GILLES COHEN and JOHN MICKLO, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br>vs.<br><br>SUBARU CORPORATION and SUBARU OF AMERICA, INC.,<br><br>  Defendants. | CIVIL NO. 1:20-cv-08442-JHR-AMD<br><br>**CONSENT ORDER TO CONSOLIDATE CASES** |

**THIS MATTER** having been brought before the Court by Plaintiffs, with the consent of all parties, for an order consolidating this case with *Adnan v. Subaru Corporation*, 1:20-cv-09082-JHR-AMD;

**IT IS** on this 6th day of October, 2020

**ORDERED** that the Consent Motion to Consolidate is hereby GRANTED,

The Clerk is hereby directed to consolidate this matter with *Adnan v. Subaru Corporation*, 1:20-cv-09082-JHR-AMD, and it is

**FURTHER ORDERED** that all current deadlines to respond to the Complaints in *Cohen v. Subaru Corporation* and *Adnan v. Subaru Corporation* are vacated, Plaintiffs shall file a Consolidated Amended Complaint within seven days, and Subaru of America, Inc. shall file a response to the Consolidated Amended Complaint within 45 days thereafter, and it is

**FURTHER ORDERED** that a copy of this Order be served upon all counsel of record within ten (10) days of the date hereof.

/s/ Joseph H Rodriguez  
JOSEPH H. RODRIGUEZ, U.S.D.J.